| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Acting Chief, Criminal Division |
| 4 | ELISE BECKER (NYBN 2540730)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: elise.becker@usdoj.gov |
| 8 | Attorneys for Plaintiff |

**FILED**

DEC - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )   No. CR 93-0341
              Plaintiff,            )
                                    )   NOTICE OF DISMISSAL
       v.                           )
                                    )   (San Francisco Venue)
ARLENE MAY PANGANIBAN,              )
              Defendant.            )
_____)

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case. This is a seventeen (17) year old indictment alleging violations of 18 U.S.C. § 371 and 22 U.S.C. § 2778, conspiracy and unlawful exportation of firearms. The defendant is believed to have resided outside the United States from at least on or about the date of indictment until the present.

//

//

//

NOTICE OF DISMISSAL (CR 93-0341)

| | |
|---|---|
| 1 | DATED: December 3, 2010 |

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ J. Douglas Wilson*

J. DOUGLAS WILSON
Acting Criminal Chief

Leave is granted to the government to dismiss the indictment against defendant Arlene May Panganiban. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 12/8/2010

_____
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

PANGANIBAN et al,

        Defendant.
_____/

Case Number: CR93-00341 CAL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J Douglas Wilson
U.S. Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Dated: December 8, 2010

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

        *Cora Klein*